# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **Judith Irene Williams,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-1123-CV-W-JTM |
| | ) |
| **UPS Flexible Benefits Plan,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the stipulation of dismissal entered by the parties to this matter on May 2, 2012, [Doc 11], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

                                          */s/ John T. Maughmer*
                                          **JOHN T. MAUGHMER**
                                          **U. S. MAGISTRATE JUDGE**