# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **Judith Irene Williams,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) **Case No. 11-1123-CV-W-JTM** |
| | ) |
| **UPS Flexible Benefits Plan,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

Pursuant to the stipulation of dismissal entered by the parties to this matter on May 2, 2012, [Doc 11], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

_____*/s/ John T. Maughmer*_____
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**